AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Glenn Marcell MADISON Jr<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>Case No.   2:26-mj-18 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 9th, 2026___ in the county of ___Franklin___ in the ___Southern___ District of ___Ohio___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Possession of firearm or ammunition |
| 21 USC 841(a)(1) | Possession of Fentanyl with the intent to distribute |

This criminal complaint is based on these facts:

Please see attached

☐ Continued on the attached sheet.

CARSYN SAUNDERS

Digitally signed by CARSYN SAUNDERS
Date: 2026.01.14 11:26:35 -05'00'

*Complainant's signature*

Carsyn Saunders, Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Via FaceTime

Date:   January 14, 2026

City and state:   Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge

**PROBABLE CAUSE AFFIDAVIT**
**Glenn MADISON**

I, **Carsyn Saunders** being duly sworn, depose and state that:

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since May of 2023. I am familiar with State and Federal criminal laws pertaining to firearms and narcotics violations.

2. Your affiant has learned that on or about April 17th, 2009, Glen MADISON Jr (hereinafter MADISON) was convicted of Felonious Assault, a felony of the 2nd degree (08CR006680) in the Franklin County, Ohio Court of Common Pleas.

3. On or about September 5th, 2019, MADISON was found guilty of felony convictions for Possession with intent to distribute crack cocaine, heroin, and over 50 grams of methamphetamine, (2:18CR224) in the Southern Judicial District of Ohio. Subsequently, MADISON was sentenced to a term of imprisonment on the aforementioned convictions.

4. Law enforcement reported that in October 2025, Columbus, Ohio Division of Police Detectives assigned to the Organized Crime Bureau, Gang Enforcement Unit (GEU) A received information that Glen MADISON aka: Monster, a documented number of the Columbus Criminal Street Gang "Bomb Squad" was selling fentanyl from 359 N. Garfield Avenue, Columbus, Ohio 43203 (hereinafter referred to as 'Target Location').

5. The aforementioned information was proven to be accurate by GEU A Detectives shortly thereafter by successfully completing a confidential informant (CI) buy from the residence. GEU A Detectives obtained additional evidence of narcotics trafficking from the Target Location on November 20th, 2025, December 12th, 2025, and January 6th, 2026.

6. Your affiant has learned that on January 9th, 2026, at approximately 11:22am, a narcotics search warrant was executed at the Target Location, MADISON, the only occupant of the Target Location was located and taken into custody. During the search of the Target Location detectives located a baggie containing approximately 85 grams of suspected fentanyl and a privately made firearm lower (Strikeforce LLC, Cage Code 66F66) receiver .40 caliber with a Glock 23 upper receiver SN-DAY855 which was found to be loaded with 15 live rounds of assorted Smith & Wesson .40 caliber ammunition. Additionally, it is reported that the search also yielded drug paraphernalia and manufacturing equipment, three cellular devices.

7. Law enforcement reported that MADISON was transported to CPD headquarters to be interviewed by Detectives Tripp and Connair. Detective Tripp read MADISON his constitutional rights, MADISON waived his rights and agreed to speak to detectives. During the interview MADISON explained that he knew that detectives recovered a bag of white powder from inside a shoe. MADISON stated that the powder inside of the shoe was purchased by him (MADISON) for $300 as "cut" and he (MADISON) uses it to mix with other narcotics to be sold. During the

**PROBABLE CAUSE AFFIDAVIT**
**Glenn MADISON**

interview, MADISON explained that he mainly sells when he is out driving around the city. MADISON stated he acquired the recovered firearm in 2024 and he uses it as a "house gun".

8. Your affiant has learned that detectives performed a field test utilizing an MX908 Mass spectrometer on the bag of white powder from inside of the shoe. The test yielded a presumptive positive for Fentanyl. The packaged weight of the baggie of Fentanyl was approximately 85 grams.

9. A verbal Interstate Nexus Determination was conducted by ATF Special Agent J. Burns on the aforementioned .40 caliber ammunition.  It was determined that the aforementioned ammunition seized from MADISON on or about January 9th, 2026, was NOT manufactured in the State of Ohio and therefore travelled in interstate commerce to reach the State of Ohio.

10. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

11. Based on this information, your affiant believes probable cause exists that Glenn MADISON possessed ammunition after having been convicted of a crime punishable by more than one year incarceration, in violation of 18 U.S.C. 922(g)(1) and possessed fentanyl, a schedule II substance, with the intent to distribute, in violation of 21 USC 841(a)(1).

CARSYN SAUNDER
Digitally signed by
CARSYN SAUNDE
Date: 2026.01.14
11:24:37 -05'00'

**Carsyn Saunders**

**ATF Special Agent**

Sworn to and subscribed before me this day of ___14___, __January 2026__, at __2:05 PM,__ Columbus, Ohio.



Elizabeth A. Preston Deavers
United States Magistrate Judge