# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | **INDICTMENT** |
| **GLENN MARCELL MADISON,** | 18 U.S.C. § 922(g)(1) |
| Defendant. | 18 U.S.C. § 924(a)(8) |
| | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(B)(vi) |
| | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Possession with Intent to Distribute Fentanyl)**

1. On or about January 9, 2026, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISON,** did knowingly, intentionally and unlawfully possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly referred to as fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(vi).**

### COUNT TWO
**(Felon in Possession of Ammunition)**

2. On or about January 9, 2026, in the Southern District of Ohio, the defendant, **GLENN MARCELL MADISION,** knowing at that time that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in

or affecting interstate commerce, ammunition, specifically, fifteen rounds of Smith & Wesson, .40 caliber ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## FORFEITURE ALLEGATION

3. The allegations of this Indictment are re-alleged and incorporated here by reference for the purpose of alleging forfeitures to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

4. Upon conviction of any offense alleged in this Indictment, the defendant, **GLENN MARCELL MADISON**, shall forfeit to the United States his interest in any firearms and ammunition involved in or used in such offense, including, but not limited to, the following:

- One .40 caliber firearm with a Strikeforce LLC lower receiver (CAGE code 66F66) and a Glock 23 upper receiver (serial number SN-DAY855); and
- Fifteen rounds of Smith & Wesson, .40 caliber ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

A TRUE BILL.

S/ Foreperson
**FOREPERSON**

**DOMINICK S. GERACE II**
**United States Attorney**

*(signature)*
**KEVIN W. KELLEY (0042406)**
**Assistant U.S. Attorney**

2